# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 86 WAL 2016

           Respondent                :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Commonwealth Court

           v.                    :

                             :

CHARLES E. ECKENRODE,          :

                             :

           Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.